**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 108.53.167.50**

**ISP:** Verizon Internet Services
**Physical Location:** Verona, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/10/2016 18:35:58 | BD854E344F04DFE65B2D8A69F27CA4E023BFA1E4 | Superhot Sexting |
| 09/10/2016 18:35:20 | 06F25AFFA145B9E0AA5AEF64EB9200F9A5BD8D4E | Pussy Cat Burglar |
| 08/29/2016 01:59:28 | CEF4BD6EB49609DCCABAFFA0266F889ED197FD6A | Romance in the Garden |
| 08/16/2016 01:29:29 | 254202710EEE21E6D4F720D54F6BB225D35A7FDE | How Deep Is My Love Part #2 |
| 08/16/2016 01:28:08 | C9CF5A8811F7233CC35C947D379DAE5B9977DC26 | Hungry For Your Love |
| 08/15/2016 14:02:00 | 35D36FD63C87EFFBD89B3E4097A463B98DEC3F74 | Fireball |
| 08/15/2016 13:59:13 | 33A6C0141765603295CDCACCC19FEA8AAE1029DF | Love Her Madly |
| 07/05/2016 16:23:40 | 56867CCD6147CB5079F39902C0B6F0E78A034688 | The Ranch Hand |
| 07/01/2016 02:04:15 | 86C22A745DAF124EEC80D31E24924F38AF32EE7F | Pink Kitty |
| 07/01/2016 02:00:11 | D82E8A72807537510572BB7F4FAE0840F566C37D | Triple Blonde Fantasy |
| 07/01/2016 01:59:56 | 209EA75661EACEBB52EEEEBE9871374A0392D152 | Alone With You |
| 07/01/2016 01:59:10 | CC78D62A69F84083D97C90D739B700DAE85E6685 | Sultry Summer Heat |
| 04/20/2016 02:32:56 | 3CD4FFAF5440DFE6A6E9BE4946542C08ECB5C417 | Threesome With a View |
| 04/19/2016 00:49:37 | 7095F159AFB59D795B0661159E3D88E1C3F59BEB | Nina Needs It Now |
| 03/07/2016 04:00:05 | E3690788B5FB794FCCFA645DE69149568205F6B0 | Twice as Nice |
| 02/01/2016 00:24:11 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 01/23/2016 20:30:03 | AEFAF09AC68DAA06E98C65AFC792BF6E79A8E359 | Sweet Sensations |
| 01/09/2016 17:55:57 | 972102A9DEDC642D254C1406CFF00A0F380735F2 | Exposed And Aroused |
| 12/31/2015 19:01:32 | 0588D0540B4830026AD7BFBC0572CA398C91BE92 | Do It To Me One More Time |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A

CNJ608