UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br>v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED<br>IP ADDRESS 108.53.167.50,<br><br>    Defendant. | Civil Action No.<br><br>17-1185 (MCA) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of plaintiff's motion for an extension of time to serve defendant with a Summons and Complaint (ECF No. 6); and the Court having reviewed the papers submitted in support of the motion; and no opposition having been filed; and for good cause shown;

**IT IS** on this day, June 8, 2017:

**ORDERED** that plaintiff's motion is **GRANTED**. Plaintiff shall have until July 31, 2017 to effectuate service of the Summons and Complaint on defendant. The Clerk's Office is directed to terminate ECF No. 6.

                _/s/ Leda Dunn Wettre_
                Hon. Leda Dunn Wettre
                United States Magistrate Judge